UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ADMIRAL INSURANCE COMPANY,

        Case #:  3:14-CV-1022-J-34MCR

    Petitioner/Plaintiff,

vs.

JEAN BAKKES, an individual, and
NATIONWIDE EQUIPMENT INC.,
a Florida corporation, NATIONWIDE
EQUIPMENT INTERNATIONAL, INC.,
a Florida corporation, NATIONWIDE
EQUIPMENT COMPANY, INC., a
Florida corporation, AVANT GARDE
ENGINEERING & RESOURCES LIMITED,
a foreign corporation, and EDWARD A.
KOSTENSKI, an individual,

    Respondent/Defendants.
_____/

## PLAINTIFF'S NOTICE OF DIVERSITY OF CITIZENSHIP

**COMES NOW**, Petitioner/Plaintiff, ADMIRAL INSURANCE COMPANY ("Plaintiff" or "Admiral"), by and through undersigned counsel and pursuant to this Court's Order dated August 28, 2014, hereby files this Notice of Diversity of Citizenship, and asserts as follows:

### Legal Standard

A federal court has diversity jurisdiction under 28 U.S.C. § 1332 if all plaintiffs are diverse from all defendants.  *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405 (11th Cir. 1999).  For purposes of diversity jurisdiction, a corporation is a citizen of the state of its incorporation and where it has its principal place of business.  28 U.S.C. § 1332(c)(1); *Bel-Bel Int'l Corp. v. Cmty. Bank of Homestead*, 162 F.3d 1101, 1106 (11th

Cir. 1998). By contrast, a natural person's citizenship is determined by his or her "domicile," or "the place of his true, fixed, and permanent home and principal establishment … to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 292 F.3d 1254, 1257-58 (11th Cir. 2002)(quotation and citation omitted).

### Citizenship of Plaintiff, Admiral Insurance Company

Plaintiff, Admiral Insurance Company ("Admiral"), is a Delaware corporation and its principal place of business is located at 1000 Howard Boulevard, Suite 300, Mt. Laurel, NJ 08054. Therefore, Plaintiff Admiral is a citizen of the states of Delaware and New Jersey.

### Citizenship of Defendant, Jean Bakkes

Defendant, Jean Bakkes, resides at 13517 Crashaw Road, Jacksonville, Florida, and is domiciled in the State of Florida. Therefore, Defendant Bakkes is a citizen of the State of Florida.

### Citizenship of Defendants, Nationwide Equipment, Inc., Nationwide Equipment International, Inc., and Nationwide Equipment Company, Inc. (collectively "Nationwide").

Defendants Nationwide are corporations organized under Florida law and, at all relevant times, maintained a principal place of business located at 11950 New Kings Road, Jacksonville, Florida. Therefore, Defendants Nationwide are citizens of the State of Florida.

### Citizenship of Defendant, Avant Garde Engineering & Resources Limited

Defendant, Avant Garde Engineering & Resources Limited ("Avant Garde"), is a foreign corporation organized and duly existing under the laws of the Federal Republic

of Nigeria. At all relevant times, Defendant Avant Garde maintained its offices solely in the Federal Republic of Nigeria. Therefore, Defendant Avant Garde is a citizen of Nigeria.

### Citizenship of Defendant, Edward A. Kostenski

At all relevant times, Defendant, Edward A. Kostenski, was a resident of the State of Florida, and upon information and belief, he resides at 320 First Street, Unit 702, Jacksonville Beach, Florida. Therefore, Defendant Kostenski is a citizen of the State of Florida.

Based on the foregoing, this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), as all plaintiffs are diverse from all defendants.

By: _____/s/ Aram Megerian_____
**ARAM P. MEGERIAN, ESQ.**
FBN: 0057983
**COLE, SCOTT & KISSANE, P.A.**
4301 West Boy Scout Boulevard
Suite 400
Tampa, FL 33607
Primary E-Mail: aram.megerian@csklegal.com
2nd E-Mail: robert.hubbard@csklegal.com
3rd E-Mail: joann.gonzalez@csklegal.com
Telephone: (813) 864-9373
Facsimile: (813) 286-2900
Counsel for Petitioner/Plaintiff, Admiral Insurance Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2014, the foregoing Notice of Citizenship has been sent by CM-ECF electronic transmission and/or U.S. Mail to: Steve A. Armotrading, Esq., Steve A. Armotrading, P.A., 950 South Pine Island Road, Suite A-150, Plantation, FL 33324; Kenneth B. Wright, Esq., Bledsoe Jacobson Schmidt Wright & Wilkinson, P.A., 1301 Riverplace Tower, Suite 1818, Jacksonville, Florida 32207; Antoinette Burgess, Esq., Law Offices of Fred Tromberg, 4925 Beach Boulevard, Jacksonville, FL 32207; David D. Burns, Esq., Ferrelle Burns, P.A., 320 1st Street North, Suite 611, Jacksonville Beach, FL 32250.

By: _____/s/ Aram Megerian_____
**ARAM P. MEGERIAN, ESQ.**
FBN: 0057983
**COLE, SCOTT & KISSANE, P.A.**
4301 West Boy Scout Boulevard
Suite 400
Tampa, FL 33607
Primary E-Mail: aram.megerian@csklegal.com
2nd E-Mail: robert.hubbard@csklegal.com
3rd E-Mail: joann.gonzalez@csklegal.com
Telephone: (813) 864-9373
Facsimile: (813) 286-2900
Counsel for Petitioner/Plaintiff, Admiral Insurance Company

l:\1656-0015-00\p\notice of citizenship.docx